LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-04362 BRO (ASx) | Date | July 31, 2015 |
|---|---|---|---|
| Title | RHONDA JOHNSON PAWNELL V. MALACO RECORDS, ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Cheryl Wynn | Not Present | N/A |
| Relief Deputy Clerk | Court Reporter | Tape No. |
| Plaintiff *pro se* | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY

On June 9, 2015, the Court issued a Notice to Counsel Re: Copyright, Patent and Trademark Reporting Requirements (the "Notice"), instructing Plaintiff to file the appropriate AO-120 and/or AO-121 form with the Clerk within 10 days (Dkt. No. 6).

Despite the Court's clear instructions, Plaintiff has not filed the appropriate form(s). Plaintiff is therefore **ORDERED TO SHOW CAUSE** why the Court should not sanction Plaintiff for failing to comply with the Court's Notice. Plaintiff's response to this order to show cause must be filed **no later than Friday, August 14, at 9:00 a.m.**

An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to comply with the Court's Notice. Alternatively, Plaintiff may satisfy this Order by filing the requisite form(s) by the deadline.

*Plaintiff must respond to this order* **by August 14, at 9:00 a.m.** *Failure to respond to this Order may subject Plaintiff to sanctions, including but not limited to, dismissal of the action.*

**IT IS SO ORDERED.**

:

Initials of Preparer   cw