JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 15-04362-BRO (ASx) | Date | October 8, 2015 |
|---|---|---|---|
| Title | RHONDA JOHNSON PAWNELL V. MALACO RECORDS ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff Rhonda Johnson Pawnell ("Plaintiff") filed a Complaint with this Court on June 9, 2015, against Defendant Malaco, Inc.[1] ("Defendant"), apparently alleging copyright infringement. (Dkt. No. 1.) Defendant filed a Motion to Dismiss on July 29, 2015. (Dkt. No. 11.) On August 16, 2015, the Court issued an Order to Show Cause as to why the court should not grant Defendant's motion given Plaintiff's failure to oppose. (Dkt. No. 16.) The Order specifically warned Plaintiff that the Court could dismiss this action if she did not show good cause for her failure file an opposition to Defendant's motion. (*See* Dkt. No. 16.) The Court required Plaintiff to respond by September 4, 2015. (*See* Dkt. No. 16.) To date, however, Plaintiff has failed to do so.

Accordingly, the Court hereby DISMISSES the action **without prejudice** for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |

---

[1] Plaintiff erroneously sued Malaco, Inc. as Malaco Records.